# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTIMUS A. COLLIER**,

Petitioner,

v.

**U.S. MARSHALS SERVICE,**
**and LISA MADIGAN, ILLINOIS**
**ATTORNEY GENERAL,**

Respondents.                                              No. 11-CV--0807-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on a petition for habeas corpus, pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 7, 2011, the petition is **DENIED** and this case is **DISMISSED** with prejudice.--------------------------------------------------------------------------

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**


                                BY:        /s/*Sandy Pannier*
                                              **Deputy Clerk**

Dated: September 7, 2011

Digitally signed by David R. Herndon
Date: 2011.09.07 16:10:30 -05'00'

APPROVED:
         CHIEF JUDGE
         U. S. DISTRICT COURT